UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>ANTHONY LAITTA,<br><br>      Defendant. | Case No. CR14-5449BHS<br><br>ORDER FOR ADDITIONAL TIME<br>TO FILE PRETRIAL MOTIONS |

Before this Court is Defendant's unopposed motion for an extension of his pretrial motions cutoff date from Thursday, November 6, 2014, to, at a minimum, two (2) weeks after receiving <u>all</u> of the Rule 16 Discovery.

The Court finds, after a consideration of all relevant information, that Defendant's motion for an extension of the pretrial motions cutoff date to **November 20, 2014**, should be granted.

IT IS SO ORDERED.

DONE this 5th day of November, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 1