UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANTHONY LAITTA,<br><br>　　　　Defendant. | Case No.: CR14-5449BHS<br><br>ORDER GRANTING MOTION TO ALLOW DEFENDANT TO TRAVEL |

　　Before this Court is the Defendant's Motion to Allow Defendant to Travel from Tampa, Florida, to Portland, Oregon, on December 16, 2014, and return to Tampa, Florida, on December 21, 2014. The Government having no objections to said request, the Court finds, after a consideration of all relevant information, that the Defendant's Motion to Allow Defendant to Travel should be granted. The Defendant is required to provide an itinerary of all travel arrangements and contact information to Pre-Trial Services in advance of his departure.

　　IT IS SO ORDERED.

　　DONE IN OPEN COURT this 8th day of December, 2014.


　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER TO ALLOW DEFENDANT TO TRAVEL - PAGE 1

Brown & Doherty, P.A.
450 Carillon Parkway, Suite 120
St. Petersburg, FL  33716
(727) 299-0099/Fax: (727) 299-0044

Presented by:

*/s/ Jeffrey G. Brown*
JEFFREY G. BROWN, ESQUIRE
Brown & Doherty, P.A.
450 Carillon Parkway, Suite 120
St. Petersburg, FL  33716
(727) 299-0099, Fax (727) 299-0044
FBN 832431
jeff@brownanddoherty.com


LAW OFFICE OF
ZENON PETER OLBERTZ
Local Counsel for Defendant


By: */s/ Zenon P. Olbertz*
    Zenon P. Olbertz
    WSB #6080

UNITED STATES ATTORNEY'S OFFICE


By: _____
    Gregory A. Gruber
    Assistant U.S. Attorney