UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>ANTHONY LAITA, VICTOR NARANJO, AND KYLE NESPORY,<br><br>      Defendants. | NO. CR14-5449BHS<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DUE DATE |

Based on the Defendant's Unopposed Motion to Continue the Pretrial Motions Due Date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the pretrial motions due date be continued to March 9, 2015.  It is also ORDERED, by agreement of all parties, that the Pretrial Conference is continued to March 16, 2015, at 10:00 a.m.

DONE this 11th day of February, 2015.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ *Kyana Givens*
Attorney for Defendant
Victor Naranjo

ORDER - 1