UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY LAITTA, VICTOR NARANJO and KYLE NESPORY,<br><br>Defendants. | CASE NO. CR14-5449BHS<br><br>ORDER |

This matter comes before the Court on the Stipulated Motion to Continue Trial Date filed by Defendant Anthony Laitta. The Court, having considered the stipulated motion and the Defendants' speedy trial waivers, adopts as findings the facts stated in the motion and makes the following additional findings of fact and conclusions of law:

1. Defense Counsel just finished a two-week federal trial with eleven co-defendants in the Middle District of Florida. Due to trial preparation and complexity of the trial, defense counsel is still actively investigating the instant case and needs additional time to locate and interview essential witnesses.

2. The defense needs additional time to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

1     3. Taking into account the exercise of due diligence, a continuance is necessary to allow

2 the defendant the reasonable time for effective preparation his defense, to explore resolution of

3 this case before trial and to ensure continuity of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

4     4. Proceeding to trial absent adequate time for the defense to prepare would result in a

5 miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

6     5. The ends of justice served by granting this continuance outweigh the best interests of

7 the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B).

8     6. Defendants Anthony Laitta and Victor Naranjo waived speedy trial through May 26, 2015.

9     NOW, THEREFORE, IT IS HEREBY ORDERED

10     That the trial date is continued from March 24, 2015, to May 26, 2015, at 9:00 a.m.;

11 Pretrial Conference is set for May 18, 2015, at 2:30 p.m.; pretrial motions are due by April 16,

12 2015. The resulting period of delay from March 10, 2014, to May 26, 2015, is hereby excluded

13 for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B)

14     Dated this 11th day of March, 2015.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2