UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>ANTHONY LAITTA, et al,<br><br>        Defendant. | Case No.: CR14-5449BHS<br><br>ORDER TO SEAL JOINT MOTION TO CONTINUE PRETRIAL AND TRIAL DATE |

Before this Court is the Defendant's motion for order sealing his Joint Motion to Continue Pretrial and Trial Date; and the Court being in all things fully advised; NOW THEREFORE, It Is Hereby

ORDERED that the Joint Motion to Continue Pretrial and Trial Date is hereby filed under seal.

DONE this 12th day of May, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 4

Brown & Doherty, P.A.
450 Carillon Parkway, Suite 120
St. Petersburg, FL 33716
(727) 299-0099, Fax (727) 299-0044

Presented by:

_____/s/ Jeffrey G. Brown____
JEFFREY G. BROWN, ESQUIRE
Brown & Doherty, P.A.
450 Carillon Parkway, Suite 120
St. Petersburg, FL  33716
(727) 299-0099,Fax (727) 299-0044
FBN 832431
jeff@brownanddoherty.com
LAW OFFICE OF
ZENON PETER OLBERTZ
Local Counsel for Defendant,
Anthony Laitta

_____/s/ Zenon P. Olbertz_____
ZENON P. OLBERTZ, ESQ.
WSB  #6080